**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6369**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

CLAUDE SLOAN,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.  James P. Jones, Senior District Judge.  (2:18-cr-00004-JPJ-1)

_____

Submitted:  July 20, 2023                              Decided:  July 25, 2023

_____

Before NIEMEYER and THACKER, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Claude Sloan, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Claude Sloan appeals the district court's orders denying Sloan's recent motions for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i). Limiting our review of the record to the issues raised in Sloan's informal brief, *see* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014), and finding no reversible error, we affirm the district court's orders. *United States v. Sloan*, No. 2:18-cr-00004-JPJ-1 (W.D. Va. Jan. 22, 2023; Apr. 12, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*